P. J. Pflasterer, Plaintiff-Appellee, v. J. E. Cassin, Defendant-Appellant, and Ashland Oil & Refining Company, a Corporation, Defendant.

Gen. No. 62–F–32.

Fourth District.

May 21, 1962.

Kern and Pearce, of Carmi, for appellant; Charles E. Jones, of McLeansboro, for appellee. Opinion by HOFFMAN, PRESIDING JUSTICE. Not to be published in full.